IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENDA TYLER, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:05cv33-F |
| ) | (WO) |
| PAYLESS SHOESOURCE, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Now pending before the court is the August 23, 2005, motion to quash (doc. # 34) filed by the plaintiffs.  The plaintiffs request that subpoenas seeking employment records of plaintiff Linda Wellman be quashed.  There is also pending a motion to strike Linda Wellman as a plaintiff in this matter.  Resolution of the motion to strike will impact resolution of the motion to quash.  Consequently, upon consideration of the motion to quash and for good cause, it is

ORDERED that all discovery related to the motion to quash and related subpoenas be and is hereby STAYED pending resolution of the motion to strike and further order of this court.

Done this 21st day of September, 2005.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE