IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRENDA TYLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cv-33-MEF |
| | ) | |
| PAYLESS SHOESOURCE, INC., | ) | (WO) |
| | ) | |
| Defendant. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is

the ORDER, JUDGMENT, and DECREE of the Court that:

1. In accordance with the Order entered on this date, judgment is hereby

    entered in favor of the Defendant and against the Plaintiff.

2. Costs are taxed against the Plaintiff, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close

the file.

DONE this 23rd day of May, 2006.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE